1  TROUTMAN PEPPER
   HAMILTON SANDERS LLP
2  Jessica Lohr, Bar No. 302348
   jessica.lohr@troutman.com
3  11682 El Camino Real, Suite 400
   San Diego, California 92130
4  Telephone: 858-509-6044
   Facsimile:  858-509-6040
5
   Attorneys for Defendant
6  CORELOGIC CREDCO, LLC

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 MARLENE STEINBERG,           Case No. '22CV498 H    AGS

12           Plaintiff,          **DEFENDANT CORELOGIC
                                 CREDCO, LLC'S NOTICE OF
13 v.                            REMOVAL**

14 CORELOGIC CREDCO, LLC,

15           Defendant.

16

17 TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

18 COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

19        Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant CoreLogic Credco,

20 LLC ("Defendant" or "Credco"), by counsel, hereby removes this civil action,

21 pending in the Superior Court of California, County of San Diego, Case No. 37-2022-

22 00007173-CU-MC-CTL (the "State Court Action"), to the United States District

23 Court for the Southern District of California.  Removal is proper because this Court

24 has subject matter jurisdiction over the action under federal question jurisdiction.  *See*

25 28 U.S.C. § 1331.  Accordingly, Credco removes this action to this Court, and in

26 support thereof, states the following:

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

# I. **BACKGROUND**

1.     Plaintiff Marlene Steinberg ("Plaintiff") commenced the State Court Action against Credco by filing a Complaint in the Superior Court of California, County of San Diego, on February 24, 2022 (the "Complaint"). Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings served on Credco in the State Court Action are attached hereto.

2.     On March 15, 2022, Credco's registered agent was personally served with a copy of the Complaint.

3.     This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant. This Notice of Removal is, therefore, timely under 28 U.S.C. § 1446(b).

4.     Credco is the only Defendant in this case; thus, all Defendants to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 have joined in or consented to removal of the State Court Action.

## II. **JURISDICTIONAL GROUNDS FOR REMOVAL**

5.     A civil action is removable if a plaintiff could have originally brought the action in federal court pursuant to the Court's original jurisdiction. *See* 28 U.S.C. § 1441(a).

6.     Under 28 U.S.C. § 1331, district courts have original jurisdiction over all civil actions "arising under the Constitution, laws, or treaties of the United States."

7.     Plaintiff alleges claims arising under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA"). Accordingly, this case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FCRA, a federal statute.

8.     Credco denies the allegations in the Complaint, denies that Plaintiff has stated any claim for which relief may be granted, and denies that Plaintiff has suffered damages in any manner whatsoever. Nevertheless, the State Court Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is

NOTICE OF REMOVAL

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

removable by Credco under the provisions of 28 U.S.C. § 1441, in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties or laws of the United States and is removable without regard to the citizenship or residence of the parties under 28 U.S.C. § 1441.

9.    No proceedings have occurred in the State Court Action as of the date of this Notice of Removal. Credco has not filed a response to the Complaint. Credco hereby reserves any and all rights to asserts any and all defenses and/or objections to the Complaint. Credco further reserves the right to amend or supplement this Notice of Removal.

### III. <u>VENUE</u>

10.    Venue is proper in this Court because this district and division encompass the Superior Court of California, County of San Diego, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. <u>NOTICE</u>

11.    Concurrent with the filing of this Notice, Credco will file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of California, County of San Diego.

12.    Upon information and belief, the attachments hereto constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

13.    This Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d).

### V. <u>NO WAIVER OF DEFENSES OR OBJECTIONS</u>

14.    By removing this case to federal court, Credco does not consent to personal jurisdiction, does not concede that this Court is a convenient forum, and does not waive any of its defenses or objections under Federal Rule of Civil Procedure 12(b) or otherwise, including its right to have this dispute arbitrated or decided by other means of alternative dispute resolution.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

NOTICE OF REMOVAL

WHEREFORE, Credco hereby removes this action to this Court.

Dated:     April 12, 2022                    TROUTMAN PEPPER HAMILTON
                                              SANDERS LLP


                                              By: /s/ *Jessica Lohr*
                                              Jessica Lohr

                                              Attorneys for Defendant
                                              CORELOGIC CREDCO, LLC

NOTICE OF REMOVAL

1

## CERTIFICATE OF SERVICE

2      I, Rika J. Ellis, declare:

3      I am a citizen of the United States and employed in San Diego County, CA.  I

am over the age of 18 and not a party to the within action; my business address is

11682 El Camino Real, Suite 400, San Diego, CA 92130.

6      On **April 12, 2022,** I served the following document(s) described as:

7      **DEFENDANT CORELOGIC CREDCO, LLC'S NOTICE OF REMOVAL**

8    ☒      **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection
and processing correspondence for mailing. Under that practice it would be
deposited with U.S. postal service on that same day with postage thereon fully
prepaid at San Diego, CA, in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postage cancellation date
or postage meter date is more than one day after date of deposit for mailing in
affidavit.

Sophia Rios
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
T: (619) 489-0300
F: (215) 875-4604
srios@bm.net

Attorney for Plaintiff Marlene Steinberg

I declare under penalty of perjury under the laws of the State of California

that the above is true and correct.

Executed on April 12, 2022, at San Diego, CA.

_____
Rika J. Ellis

124855014                                                        NOTICE OF REMOVAL

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092