# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MARLENE STEINBERG, **Plaintiff,**

v.

CORELOGIC CREDCO, LLC, **Defendant.**

Case No. 3:22-cv-00498-H-AGS

## PRO HAC VICE APPLICATION

Plaintiff Steinberg
Party Represented

I, __Casey S. Nash__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Kelly Guzzo, PLC
Street address: 3925 Chain Bridge Road, Suite 202
City, State, ZIP: Fairfax, VA 22030
Phone number: 703.424.7571
Email: casey@kellyguzzo.com

That on __October 29, 2012__ (Date) I was admitted to practice before __Virginia__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Sophia Rios
(Name)

619-489-0300
(Telephone)

Berger Montague PC
(Firm)

401 B Street, Suite 2000
(Street)

San Diego
(City)

92101
(Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_