Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
T. (619) 489-0300; F. (215) 875-4604
srios@bm.net

E. Michelle Drake, pro hac vice
Joseph C. Hashmall, pro hac vice
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. (612) 594-5999; F. (612) 584-4470
emdrake@bm.net; jhashmall@bm.net

Kristi C. Kelly, pro hac vice
Casey Nash, pro hac vice
Andrew Guzzo, pro hac vice
KELLY GUZZO PLC
3925 Chain Bridge Rd., Suite 202
Fairfax, VA 22030
T. 703.424.7570
kkelly@kellyguzzo.com; casey@kellyguzzo.com
aguzzo@kellyguzzo.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE STEINBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>CORELOGIC CREDCO, LLC,<br><br>    Defendant. | CASE NO. 3:22-cv-00498-H-SBC<br><br>**NOTICE OF FILING REVISED SETTLEMENT CLASS NOTICES**<br><br>Judge: Marilyn L. Huff |

PLEASE TAKE NOTICE, that pursuant to the Court's request at the October 2, 2023 Preliminary Approval Hearing, Plaintiff Marlene Steinberg ("Plaintiff") submits the attached revised settlement class notices in both clean and redline form to show the changes made. The changes were solely to address the potential for the final approval hearing to be held remotely. The parties agreed to the revised language in the written notices to alert class members to the potential for a remote hearing and that class members should review the Settlement Website for instructions. Should the hearing be held remotely, the Website would be updated to reflect that and provide attendance information for class members. The revised documents attached are:

1. Exhibit B, Mail Notice to Automatic Payment Class Members;
2. Exhibit C, Mail Notice to Claim Form Class Members; and
3. Exhibit F, Long Form Notice for Settlement Website.

Respectfully submitted,

Dated: October 3, 2023

BERGER MONTAGUE PC

By: /s/E. Michelle Drake
    E. Michelle Drake, *pro hac vice*
    Joseph C. Hashmall, *pro hac vice*

*Attorneys for Plaintiff*