Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
T. (619) 489-0300; F. (215) 875-4604
srios@bm.net

E. Michelle Drake, pro hac vice
Joseph C. Hashmall, pro hac vice
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. (612) 594-5999; F. (612) 584-4470
emdrake@bm.net; jhashmall@bm.net

Kristi C. Kelly, pro hac vice
Casey Nash, pro hac vice
Andrew Guzzo, pro hac vice
KELLY GUZZO PLC
3925 Chain Bridge Rd., Suite 202
Fairfax, VA 22030
T. 703.424.7570
kkelly@kellyguzzo.com; casey@kellyguzzo.com
aguzzo@kellyguzzo.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE STEINBERG,<br><br>Plaintiff,<br><br>vs.<br><br>CORELOGIC CREDCO, LLC,<br><br>Defendant. | CASE NO.  3:22-cv-00498-H-SBC<br><br>**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR**<br><br>Hearing Date: March 11, 2024<br>Time: 10:30 a.m.<br>Judge: Marilyn L. Huff |

1    PLEASE TAKE NOTICE, that pursuant to the Court's Preliminary Approval Order (ECF No. 49), Plaintiff Marlene Steinberg ("Plaintiff") submits the attached Supplemental Declaration of the Settlement Administrator.  This Declaration supplements the Declaration of the Settlement Administrator filed on December 15, 2023 in support of the Motion for Final Settlement Approval.  (ECF No. 55-1.)

Respectfully submitted,

Dated: February 12, 2024

BERGER MONTAGUE PC

By: /s/E. Michelle Drake
    E. Michelle Drake, *pro hac vice*
    Joseph C. Hashmall, *pro hac vice*

*Attorneys for Plaintiff*