UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE STEINBERG,<br><br>                          Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO, LLC,<br><br>                          Defendant. | Case No.: 3:22-cv-00498-H-SBC<br><br>**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUING FINAL APPROVAL HEARING**<br><br>[Doc. Nos. 54, 55.] |

On December 15, 2023, Plaintiff Marlene Steinberg ("Plaintiff") filed unopposed motions for final approval of class action settlement and for attorneys' fees, costs, and class representative service award. (Doc. Nos. 54, 55.)  A final approval hearing is currently scheduled for Monday, March 11, 2024, at 10:30 a.m. Pacific Time. (Doc. No. 56.)

In the motion for final approval of class action settlement, Plaintiff represent that any "remaining [settlement] funds will be donated to the Homeownership Preservation Foundation and Habitat for Humanity." (Doc. No. 55 at 10.) The Court requests supplemental briefing that details how the proposed *cy pres* distributions are "guided by (1) the objectives of the underlying statute(s) and (2) the interests of the silent class members." See Nachshin v. AOL, LLC, 663 F.3d 1034, 1039 (9th Cir. 2011) (citing Six

Mexican Workers v. Arizona Citrus Growers, 904 F.2d 1301, 1307 (9th Cir. 1990)).  The parties must file a supplemental brief that is no more than ten (10) pages on this issue by **Monday, March 4, 2024**.  Any response in opposition must be filed by **Monday, March 11, 2024**, and may not exceed five (5) pages.  Absent further order of the Court, no reply briefing may be filed.  Additionally, the Court continues the final approval hearing from Monday, March 11, 2024, to **Monday, March 25, 2024**, at **10:30 a.m. Pacific Time**.

**IT IS SO ORDERED.**

DATED: February 15, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT