

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Marlene Steinberg

**Plaintiff,**

V.

CoreLogic Credco, LLC

**Defendant.**

Civil Action No.   22-cv-0498-H-SBC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court reserves jurisdiction over the implementation, administration, and enforcement of this settlement. The Court dismisses the action with prejudice, and no cost shall be awarded other than those specified in this Order or provided by the settlement agreement.

Date:   4/9/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M.Williams

M.Williams, Deputy